In the Matter of the Petition of the Pocantico Water-Works Company of North Tarrytown, for Appointment of Commissioners of Appraisal.

(Argued June 8, 1892; decided June 17, 1892.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 8, 1892, which affirmed an order of Special Term appointing commissioners of appraisal.

*Arthur H. Masten* for appellant.

*E. T. Lovatt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.